MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 436-7050
    Facsimile: (415) 436-7234
    Email: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0305 CRB |
|     Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| | ) | |
| JULIO GARCIA RODRIGUEZ, | ) | |
|     a/k/a Julio Roman Rodriguez, | ) | SAN FRANCISCO VENUE |
| | ) | |
|     Defendant. | ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: *August 6, 2012*

    Respectfully submitted,

    MELINDA HAAG
    United States Attorney

    MIRANDA KANE
    Chief, Criminal Division

NOTICE OF DISMISSAL (CR 12-0305 CRB)

[~~PROPOSED~~] ORDER

Leave is granted to the government to dismiss the indictment without prejudice.

**IT IS SO ORDERED.**

Date: _August 8, 2012_

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge

NOTICE OF DISMISSAL (CR 12-0305 CRB)   2